**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America,**

**-vs-** **Case No. 2:26-mj-658**

**Ray Calvin Hisey**

# COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 10/21/2026 1:52pm |
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Sheila Lafferty |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Laura Byrum |
| INTERPRETER: | | PRETRIAL/PROBATION: | Paola Kinsey |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted, Assistant Federal Public Defender Laura Byrum appointed
-Identity, Detention & Preliminary Revocation Hearings set for 10/23/2026 at 1:30pm
-Dft remanded to the custody of USMS